PD-0157-15

PD-0157-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 11:40:32 AM
Accepted 2/11/2015 2:56:28 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| GENE ALLEN BURKS, | § | |
| Appellant | § | |
| v. | § | NO. PD-____ 15 |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

## FIRST MOTION FOR EXTENSION OF TIME FOR FILING OF STATE'S PETITION FOR REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's petition for review in this case. TEX.R.APP.P. 10.5(b) & 68.2(c). The following allegations are made in support of this motion:

- I -

The court below is the Court of Appeals for the Second Court of Appeals District of Texas. The style and number of the case in the court of appeals is *Gene Allen Burks v. The State of Texas,* cause number 02-13-00560-CR. On January 8, 2015, the Second Court of Appeals reversed the trial court's conviction in a published opinion authored by Justice Sue Walker. No motion for rehearing was filed.

- II -

Charged with felony driving while intoxicated, Appellant relied on the Supreme Court's decision in *Missouri v. McNeely,* ___ U.S. ___, 133 S.Ct.

1552 (2013) during a pretrial suppression hearing. The trial court, Hon. Scott Wisch, rejected Appellant's motion to suppress, and the Fort Worth Court of Appeals reversed that decision. *Burks v. State*, ___ S.W.3d ___, 2015 WL 115964 (Tex. App.—Fort Worth Jan. 08, 2015).

- III -

The appeal was perfected on November 18, 2013, the date notice of appeal was filed.

- IV -

The current deadline for filing the State's petition for discretionary review is February 9, 2015. No extension has previously been granted regarding the State's petition.

- V -

The extension is not requested for purposes of delay but rather to adequately brief the legal issues warranted by the decision of the court of appeals.

- VI -

Counsel has had the following other obligations which have prevented her from completing the State's brief. Counsel filed her State's reply brief in *Charles Jerome McClenty v. State of Texas,* cause number 02-12-00347-CR. Before the Eleventh Court of Appeals, counsel

presented oral argument in *Laura Denise Moore v. State*, cause number 11-13-00347-CR. In that case, counsel also filed a lengthy post-submission letter brief of additional authorities. For all of these reasons, counsel requests an additional thirty days in which to file the State's petition.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant this First Motion for Extension of Time for Filing the State's Petition for Discretionary Review and extend the time for filing of the State's brief for thirty days to March 11, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief of the Appellate Section

  /s/   TANYA S. DOHONEY
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No.   02760900
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
COAappellatealerts@tarrantcounty.com

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been e-served to opposing counsel, Hon. Abe Factor, lawfactor@yahoo.com, Factor & Campbell, LLP, 5719 Airport Frwy, Fort Worth, Texas 76117, and to the State Prosecuting Attorney, the Hon. Lisa McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711 this 9th day of February, 2015.

      /s/   TANYA S. DOHONEY
      TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\020715 burks pdr 1x.docx